UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE RILEY and JUDY PIPKIN<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HERITAGE LIFE INSURANCE COMPANY dba Allstate Insurance Company, and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 2:15-cv-00999-MCE-DAD<br><br><br><br>**ORDER OF DISMISSAL** |

On June 19, 2015, this court electronically filed an Order to Show Cause ("OSC") in this matter (ECF No. 13) due to Plaintiffs' failure to file an opposition, or statement of non-opposition, to Defendants' Motion to Dismiss (ECF No. 7) set for hearing on June 25, 2015, as required by Eastern District Local Rule 230(c).  Given that failure, Plaintiffs were ordered to show cause, in writing and not less than ten (10) days after June 19, 2015, as to why this matter should not be dismissed, with prejudice, for failure to comply with the Local Rules.  Plaintiffs were admonished that a failure to respond would result in dismissal without further notice.

1       To date, absolutely no response to the Court's OSC has been forthcoming.  While
2 the parties a Joint Status Report ("JSR") on July 6, 2015, the portion of the JSR
3 attributable to Defendants references the fact that Plaintiffs never responded to their
4 Motion to Dismiss and Plaintiffs make no attempt to excuse his failure to respond.
5 Therefore, aside from the fact that the JSR was submitted well after the ten-day period
6 for responding to the OSC had passed, it substantively offers no justification for Plaintiffs'
7 failure, either.

8       Given Plaintiffs' failure to adhere to the Local Rules, their failure to comply with
9 court orders as set forth in the OSC, and the failure to prosecute demonstrated by these
10 shortcomings, this matter is hereby dismissed, with prejudice.  The matter having now
11 been concluded in its entirety the Clerk of Court is directed to close the file.

12       IT IS SO ORDERED.

13 Dated:  August 19, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT